BOARD OF EDUCATION OF MONTCLAIR, NEW JERSEY, APPELLANT, v. BOARD OF EDUCATION EMPLOYEES' PENSION FUND OF ESSEX COUNTY, RESPONDENT.

Argued October 18, 1940—Decided January 28, 1941.

For the appellant, *George S. Harris.*

For the respondent, *Richard H. Cashion.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Porter in the Supreme Court.

*For affirmance*—THE CHANCELLOR, BODINE, PERSKIE, DEAR, WOLFSKEIL, HAGUE, JJ.   6.

*For reversal*—PARKER, CASE, HEHER, WELLS, RAFFERTY, JJ.   5.